UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEGAN NEWMAN** | **CIVIL ACTION** |
| **VERSUS** | |
| **NATIONAL TRANSFER CENTER MANAGEMENT SERVICES, LLC** | **NO. 22-00278-BAJ-RLB** |

### RULING AND ORDER

Megan Newman, as Curatrix on behalf of Kathryn Carline, ("Plaintiff") initiated this negligence and medical malpractice action in the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana ("Nineteenth JDC"), seeking damages allegedly resulting from a series of errors and omissions occurring during the course of Ms. Carline's medical transport from Lakeview Regional Medical Center in Covington, Louisiana to Tulane University Medical Center in New Orleans. At the time Plaintiff filed her original petition, she named only National Transfer Center Management Services, LLC ("National Transfer") as a defendant because, under the Louisiana Medical Malpractice Act, La R.S. 40:1231.1, *et seq.*, her claims against any other potential defendants were required to be presented to a medical review panel first.

Being the only Defendant at the time, and being diverse from Plaintiff (who is a Louisiana citizen), National Transfer removed Plaintiff's action to this District, invoking diversity jurisdiction. Thereafter, the Court stayed these proceedings pending the result of the medical review panel's inquiry, in part to determine if a basis existed to add any additional defendants to this action. On April 6, 2023, the medical review panel concluded its review of Plaintiff's claims, determining (among other things) that

"miscommunications" occurred between National Transfer and various other parties during the course of Plaintiff's transport.

Now, Plaintiff seeks to amend her complaint to add those defendants whose actions were the subject of the panel's review. (Doc. 15). Many (possibly all) of these proposed defendants are also Louisiana citizens, which would destroy diversity (and require remand) if amendment is allowed. (*See* Doc. 15-3 at ¶¶ 2-7). The Magistrate Judge has issued a **Report and Recommendation (Doc. 21, the "Report")**, recommending that Plaintiff's Motion To Amend be granted and that, in turn, this action be remanded to the Nineteenth JDC. National Transfer's deadline to object to the Report has passed, without any objection.

Having carefully considered Plaintiff's Motion, National Transfer's opposition, National Transfer's notice of removal, and the underlying state court record, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion To Amend Petition (Doc. 15)** be and is hereby **GRANTED**, and that Plaintiff's proposed **First Amended Petition For Damages (Doc. 15-3)** shall be entered into the record and shall supersede the original petition as the operative pleading in this action.

**IT IS FURTHER ORDERED** that, there no longer being diversity among the parties due to the addition of multiple non-diverse defendants, and there no longer being any basis for this Court to exercise jurisdiction over this matter, this action be and is hereby **REMANDED** immediately the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana for all further proceedings.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 20th day of October, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

3